FILED
September 29, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
            )   Case No. 2:14CR00220-KJM-11
    Plaintiff, )
v.          )   ORDER FOR RELEASE OF
            )   PERSON IN CUSTODY
YETING LU,  )
            )
    Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  YETING LU , Case No.  2:14CR00220-KJM-11 , Charge  21USC § 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $___

✔   Unsecured Appearance Bond $50,000.00

___   Appearance Bond with 10% Deposit

___   Appearance Bond with Surety

___   Corporate Surety Bail Bond

✔   (Other)   Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  September 29, 2014  at  2:15 pm .

By  /s/ Allison Claire/s/ Allison Claire
    Allison Claire
    United States Magistrate Judge

Copy 2 - Court