UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YETING LU,<br><br>　　　　　Defendant. | No. 2:14-CR-00220 KJM<br><br><br>ORDER |

On March 25, 2015, the court held a status conference in this case. *See* Minutes, ECF No. 104. A Cantonese language interpreter was present, but due to defense counsel's erroneous belief the conference had been continued, both he and defendant Lu were absent. *See* Minute Order, ECF No. 105. The court incurred the cost of the interpreter despite defendant Lu's absence. *Id.* Defense counsel for Mr. Lu was ordered to show cause within seven days why he should not be ordered to pay the costs of the interpreter. *Id.* Counsel has not responded.

"The district court's authority to sanction counsel is undoubted." *United States v. Blodgett*, 709 F.2d 608, 610 (9th Cir. 1983). Nevertheless, sanctions "should not be assessed lightly or without fair notice and an opportunity for a hearing on the record." *Roadway Exp., Inc. v. Piper*, 447 U.S. 752, 767 (1980). And "[f]or a sanction to be validly imposed, the conduct in question must in fact be sanctionable under the authority relied upon." *United States v.*

1

1 *Stoneberger*, 805 F.2d 1391, 1392 (9th Cir. 1986).  Violations of this District's local rules and
2 court orders may be grounds for sanctions.  E.D. Cal. L.R. 110.  "Unjustified failure to timely
3 notify the staff court interpreters of the need for an interpreter or of a cancelled or rescheduled
4 hearing may result in sanctions, including an order to pay the cost of interpreter services."  E.D.
5 Cal. L.R. 403(e).  Had counsel complied with this rule, the defendant would have been present at
6 the hearing, or the hearing would have been continued.  Although counsel appeared
7 telephonically at the March 25th status, and seemed to take responsibility for the interpreter costs,
8 he has not responded to the court's order to show cause.  He is ordered to pay the costs of the
9 interpreter's services at the hearing.
10          IT IS SO ORDERED.
11  DATED: April 21, 2015.

_____
UNITED STATES DISTRICT JUDGE