UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:14-CR-00220 KJM |
| Plaintiff, | |
| v. | ORDER |
| YETING LU, | |
| Defendant. | |

On April 21, 2015, the court ordered defense counsel to pay the costs of an interpreter provided at hearing on March 25, 2015.  ECF No. 109.  Counsel has not complied with the court's order and is therefore ordered to show cause no later than July 21, 2015, why further sanctions of up to $500 in addition to the interpreter costs should not be imposed.

IT IS SO ORDERED.

DATED: July 17, 2015.

_____
UNITED STATES DISTRICT JUDGE